**Order entered May 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00398-CV

### IN RE DOROTHEA E. H. LASTER, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-12980-Z, DF-11-00657-Z**

## ORDER

The Court has before it the motion of Dorothea E. H. Laster to supplement the record.

We **GRANT** the motion to supplement the record to include the additional documents appended

as Exhibit A and Exhibit B to relator's motion to supplement the record.

/s/      MOLLY FRANCIS
         JUSTICE